UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv182

| | | |
|---|---|---|
| GENEVA COSTNER, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| BI-LO, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This negligence action arises out of the alleged injury suffered by the plaintiff after she tripped over a piece of broken tile in the entry-way of a BI-LO Supermarket in Monroe, North Carolina.

On May 29, 2007, this Court ordered the defendant to amend its Notice of Removal within ten (10) days to demonstrate complete diversity between all members of the defendant LLC and the plaintiff, or the case would be remanded to the Superior Court for Union County of North Carolina.

In this case, the defendant's deadline to file the amended Notice of Removal was June 12, 2007 and the defendant failed to comply.

**IT IS THEREFORE, ORDERED,** that this case is remanded to the Superior Court for Union County of North Carolina.

**SO ORDERED.**

Signed: July 5, 2007

Robert J. Conrad, Jr.
Chief United States District Judge